# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN RANDALL JONES** *Plaintiff-pro se* | CIVIL ACTION |
| | NO. 15-5071 |
| v. | |
| **THE CITY OF PHILADELPHIA** *Defendant* | |

# O R D E R

**AND NOW**, this 1st day of March 2017, upon consideration of Defendant's *motion to dismiss,* [ECF 8], and in light of Plaintiff Kevin Randall Jones's ("Plaintiff") failure to respond to this Court's Rule to Show Cause Order dated January 13, 2017, [ECF 11], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion is **GRANTED** and Plaintiff's claims are **DISMISSED** with prejudice for failure to prosecute. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*